IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
MAR 7 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.  Criminal No. 2:07cr165

DERRICK EUGENE NICHOLES,

Defendant.

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the Defendant's plea of guilty to Count One of the indictment is now **ACCEPTED** and the defendant is **ADJUDGED GUILTY** of such offense.

Sentencing is hereby scheduled for June 2, 2008, at 10:00 a.m.

The Clerk is **DIRECTED** to forward a copy of this Order to the United States Attorney, counsel for the defendant, and the United States Marshals Service.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge

Norfolk, Virginia
March 6, 2008